IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROCK HEMP CORP.,

    Plaintiff,

v.

                                                    Case No.  21-cv-408-jdp

ADAM DUNN, RYAN DAVIES,
and SHAWN KOLODNY,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Adam Dunn, Ryan Davies, and Shawn Kolodny against plaintiff Rock Hemp Corp. dismissing this case.

| s/ K. Frederickson, Deputy Clerk | December 7, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |