UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROCK HEMP CORP., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 21CV408 |
| ADAM DUNN, RYAN DAVIES, and SHAWN KOLODNY, | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEAL

Notice is hereby given that plaintiff in the above-entitled action, Rock Hemp Corp., pursuant to Rule 4(a)(4)(A)(vi) of the Federal Rules of Civil Procedure, hereby appeals to the United States Court of Appeals for the Seventh Circuit both from the final judgment entered in this action on December 7, 2021, and the Order denying plaintiff's Motion for Reconsideration dated January 4, 2022.

Dated:  February 2, 2022.

By: *s/ Maria del Pizzo Sanders*
Maria del Pizzo Sanders, SBN 1031037
von BRIESEN & ROPER, s.c.
*Attorneys for Plaintiff*
411 East Wisconsin Avenue, Suite 1000
Milwaukee, Wisconsin 53202
Phone: (414) 221-6652
Fax: (414) 249-2634
msanders@vonbriesen.com

2

CO-COUNSEL:

By: *s/ Nicholas J. DeStefanis*
Nicholas J. DeStefanis, SBN 1064766
RON HARMEYER LAW OFFICE LLC
*Attorneys for Plaintiff-Appellant*
330 E. Kilbourn Ave., Suite 1070
Milwaukee, WI 53202
Tel (414) 316-2500
Fax (414) 755-7081
ndestefanis@ronharmeyerlaw.com

37591209_1.DOCX

2